1 | Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
2 | Brian R. England (SBN 211335)
englandb@sullcrom.com
3 | Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
4 | SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
5 | Los Angeles, California 90067-1725
Tel.: (310) 712-6600
6 | Fax: (310) 712-8800

7 | Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
8 | KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
9 | San Jose, California 95110
Tel.: (408) 975-7500
10 | Fax: (408) 975-7501

11 | *Attorneys for Plaintiffs j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc.*

FILED
2011 AUG -5 PM 1:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.

　　　　　Plaintiffs,

　　v.

NEXTIVA, INC.

　　　　　Defendant.

Case No. CV11 06450 PA VBK

**PLAINTIFFS J2 GLOBAL COMMUNICATIONS, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S CERTIFICATION AS TO INTERESTED PARTIES**

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1 and Loc. R. 7.1-1, the following certification is being made:

The undersigned, counsel of record for Plaintiff Advanced Messaging Technologies, Inc. certifies that the following listed parties have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

j2 Global Communications, Inc.

Advanced Messaging Technologies, Inc.

Nextiva, Inc.

Dated:  August 5, 2011.

Respectfully submitted,

*Robert A. Sacks / BRE*

Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, California 95110
(408) 975-7500
(408) 975-7501 facsimile

*Attorneys for Plaintiffs j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc.*