Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.: (650) 384-4700
Fax: (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>NEXTIVA, INC.<br><br>Defendant. | Case No. CV-11-06450 DDP (AJWx)<br><br>JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT |

Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc. ("Plaintiffs") and Defendant Nextiva, Inc. ("Defendant") jointly file this Joint

Claim Construction and Prehearing Statement setting forth the parties' agreed and proposed claim constructions of the terms found in U.S. Patent No. 6,350,066 ("the '066 Patent"), U.S. Patent No. 6,208,638 ("the '638 Patent"), and U.S. Patent No. 7,020,132 ("the '132 Patent").

In the course of preparing this Statement, the parties met and conferred by phone and in person.

All but the last two of the agreed claim constructions are either pursuant to or based on orders of the Court in related litigations: *j2 Global, Inc. and Advanced Messaging Technologies, Inc. v. Captaris, Inc.*, Case No. 09-CV-04150 DDP-AJW (Claim Construction Orders dated March 4, 2011 (DI-205) and October 20, 2011 (DI-275); and *j2 Global, Inc. and Advanced Messaging Technologies, Inc. v. RingCentral, Inc.*, Case No. 11-CV-04686 DDP-AJW (Order Regarding Claim Constructions dated April 24, 2012 (DI-45), based on the parties' Joint Stipulation Regarding Claim Constructions dated April 19, 2012 (DI-44)). The parties agree on the construction of the last two terms in the list based on disclosure in the '132 Patent.

### A. Agreed Claim Constructions

Plaintiffs and Defendant agree on the construction of the following terms and phrases:

**'638 Patent**

| 13 | "redirecting the first incoming call signal from the first communication server to a second communications server" | directing to a second communications server a call that was originally directed to a first communications server | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 13 | "destined for a first communications server" | directed towards a first communications server | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
| 13 | "first condition" | a condition in which an incoming call directed to one of the communications servers cannot be processed at that communications server due to a failure or unavailability of that communications server | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
| 13 | "audio message" | An audible signal containing a voice or facsimile message | Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW |
| 13 | "incoming call signal" | a signal containing an audio message | "audio message" construed in Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW |
| 20 | "validating the inbound address" | looking up the user account status to determine whether the inbound address is from a user with a user account that is identified as being active | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |

**'066 Patent**

| | | | |
|---|---|---|---|
| 36, 37, 43, 44 | "hyper-text transfer protocol deamon" | a program constantly running on a server that communicates according to an http standard | Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW |
| 36, 43, 47 | "access request" | a request to access a stored message from a hypertext browser triggered by a user | Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW |

Case 2:11-cv-06450-DDP-AJW Document 37 Filed 05/14/13 Page 4 of 6 Page ID #:237

| | | | |
|---|---|---|---|
| 36, 43 | "an application layer address associated with the network server" | the URL that identifies the network server's address | Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW |
| 36, 37, 40, 41, 43, 44, 47, 48 | "user interface" | markup language instructions that enable the user to interface with a network server with a hypertext browser | Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW |

**'132 Patent**

| | | | |
|---|---|---|---|
| 19 | "internal packet data network" | a packet-switched data network (e.g. a Local Area Network) which is connected to an external packet-switched data network, but is isolated from it via a firewall or similar security protocols | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
| 19 | message queue | a storage area for storing messages for retrieval using a first-in, first-out policy | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
| 19 | queued message | a message placed in a storage area for storing messages for retrieval using a first-in, first-out policy | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
| 19 | queuing the email message | placing the e-mail message in a storage area for storing messages for retrieval using a first-in, first-out policy | Order Regarding Claim Constructions, DI-45, April 24, 2012, Case No. 11-CV-04686-DDP-AJW |
| 19 | fax format | a format capable of being received by a fax machine over a circuit switched network | '132 Patent, col. 2, lines 41-54 |

KENYON & KENYON LLP
PALO ALTO

- 4 -

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

| 19 | transmitting the converted message into a public switched telephone network | transmitting the converted message, having a format capable of being received by a fax machine over a circuit switched network, into a public switched telephone network | '132 Patent, col. 2, lines 41-54 |

### B. Disputed Claim Constructions

Each party has set forth its proposed construction of disputed claim terms is attached hereto as Appendix A.

The parties expressly reserve the right to rely on any intrinsic and extrinsic evidence identified by the other party, and any evidence obtained, or that may be obtained, through claim construction discovery. The parties expressly reserve the right to amend, correct, or supplement their claim construction positions and supporting evidence in response to any change of position by the other party, in response to information received through claim construction discovery or for other cause.

### C. Testimony at Claim Construction Hearing

The parties do not intend to call any witnesses at the claim construction hearing.

### D. Length of Claim Construction Hearing

The parties agree that the claim construction hearing should take no more than a half-day.

Dated: May 14, 2013

Respectfully submitted,

By: __/s/ Frank L. Bernstein_____
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.: (650) 384-4700
Fax: (650) 384-4701

*Attorneys for Plaintiff j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

By: __/s/ Daniel Cotman_____
Daniel Cotman (SBN 218315)
Obi Iloputaife (SBN 192271)
Nelson E. Brestoff (SBN 065291)
COTMAN IP LAW GROUP, PLC
117 E. Colorado Boulevard, Suite 460
Pasadena, CA  91105
Tel.: (626) 405-1413
Fax: (626) 628-0404

*Attorneys for Defendant Nextiva, Inc.*

KENYON & KENYON LLP
PALO ALTO

- 6 -

JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT