## APPENDIX A - j2 AND NEXTIVA'S PROPOSED CLAIM TERM DEFINITIONS AND SUPPORT[1]

| CLAIM | CLAIM TERM | j2 PROPOSED DEFINITION AND EXEMPLARY SUPPORT | NEXTIVA PROPOSED DEFINITION AND EXEMPLARY SUPPORT |
|---|---|---|---|
| **U.S. Patent No. 6,208,638** | | | |
| 13, 19, 20 | inbound address | the telephone or fax number to which the audio message is being transmitted<br><br>Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW | the number that a message sender dials on a telephone unit or a facsimile unit to leave a message for the user.<br><br>See '638, col 3, lines 53-57 |
| **U.S. Patent No. 6,350,066** | | | |
| 36, 41, 43, 48 | user-specific message storage area | an area within a storage medium that stores messages for a recipient in a manner that identifies the message uniquely to the recipient<br><br>Claim Construction Order, DI-205, March 4, 2011; Case No. 09-CV-04150-DDP-AJW | one or more directories specifically allocated to a user where the user's messages are stored<br><br>See '066 patent, col 12, lines 36-38; col 16, lines 57-60. |

---

[1] In addition to the intrinsic and extrinsic evidence explicitly identified by each party, each party reserves the right to rely on any intrinsic or extrinsic evidence cited by any of the parties herein and expressly incorporates all such citation into its own disclosure for each term.

7