1  Daniel Cotman (Bar No. 218315)
   dan@cotmanip.com
2  Obi Iloputaife (Bar No. 192271)
3  obi@cotmanip.com
   Nelson E. Brestoff, of counsel (Bar No. 065291)
4  nick@cotmanip.com
5  Cotman IP Law Group, PLC
   117 E. Colorado Boulevard, Suite 460
6  Pasadena, CA  91105
7  (626) 405-1413/FAX (626) 628-0404

8
   Attorneys for Defendant
9  NEXTIVA, INC.

10

11                **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14
   J2 GLOBAL COMMUNICATIONS,        ) Case No.:  CV 11-06450-DDP (AJWx)
15 INC. AND ADVANCED                )
   MESSAGING TECHNOLOGIES,          ) **EXHIBITS 3-4 TO DECLARATION**
16 INC.,                            ) **OF OBI ILOPUTAIFE IN SUPPORT**
17                                  ) **OF NEXTIVA'S MARKMAN REPLY**
                                    ) **BRIEF**
18            Plaintiff,            )
         vs.                        )
19                                  ) **DATE:        June 28, 2013**
20 NEXTIVA, INC.,                   ) **TIME:        10:00 a.m.**
                                    ) **CRTM:        3**
21                                  )
           Defendant.               )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )
                                    )
26                                  )
                                    )
27                                  )

28

                                    1
              **EXHIBITS TO DECLARATION OF OBI ILOPUTAIFE**