1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California  90067-1725
   Tel.:  (310) 712-6600
6  Fax:  (310) 712-8800

7  Frank L. Bernstein (SBN 189504)
   fbernstein@kenyon.com
8  KENYON & KENYON LLP
   1801 Page Mill Road, Suite 210
9  Palo Alto, California 94304-1216
   Tel.:  (650) 384-4700
10 Fax:  (650) 384-4701

11 *Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  j2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC. | Case No. 11-CV-06450 DDP (AJWx) |
| 17 | **PLAINTIFFS J2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S PAPER REGARDING MDL CLAIM CONSTRUCTION FOR THE '066 PATENT** |
| 18 | |
| 19              Plaintiff, | |
| 20         v. | |
| 21  NEXTIVA, INC. | Date:       TBD |
| 22              Defendant. | Time:       TBD<br>Courtroom: TBD |

On January 2, 2014, the Court issued an Order (DI-94) regarding, among other things, certain supplemental briefing in the subject litigation, relating to the effect of a *Markman* ruling in the action titled *In re Unified Messaging Solutions, LLC Patent Litigation*, MDL No. 2371 (N.D. Ill.) (the "MDL Action"), on claim construction with respect to U.S. Patent No. 6,350,066.  According to the schedule in the Order, there was to be briefing by Defendant Nextiva, Inc. ("Nextiva") on January 17, 2014 regarding the *Markman* ruling in the MDL Action, and responsive briefing by Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc. ("j2") on January 24, 2014.

On January 14, 2014, the Court issued a further Order (DI-97) specifying, among other things, that each party was to file a single consolidated brief, of no more than 35 pages, regarding all disputed claim terms, by February 3, 2014.

On January 17, Nextiva filed its brief (DI-103, 103-1, 104, 104-1 to 104-11), according to the schedule in DI-94.  In order to comply with the January 14 Order, j2 hereby advises the Court that it will include its response to Nextiva's January 17 brief in j2's consolidated brief.

Dated:  January 24, 2014            Respectfully submitted,


         /s/ *Frank L. Bernstein*
Robert A. Sacks (SBN 150146)
Brian R. England (Cal. Bar No. 211335)
Edward E. Johnson (Cal. Bar No. 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Frank L. Bernstein (Cal. Bar No. 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:  (650) 384-4700
Fax:  (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

- 1 -